IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARTIN BARTESCH, individually and on behalf of others similarly situated, :<br><br>Plaintiff, :<br><br>v. :<br><br>BRENT M. COOK., et al., :<br><br>Defendants. : | Civil Action No. 11-1173-RGA |

## ORDER

This **9th** day of **February 2012**, IT IS HEREBY ORDERED that:

1. A hearing will be held on February 22, 2012, at 3:00 p.m., in Courtroom 2A, Boggs Federal Building, 844 King Street, Wilmington, Delaware, to consider "The Raser Investor Group's Motion to be Appointed as Lead Plaintiff and for Approval of its Selection of Counsel." (D.I. 3).

2. Martin Bartesch, Fred Bryant and Joseph Craig are to appear personally at the hearing.

_____
United States District Judge